IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL S. WILLIS, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:17-CV-00210 |
| § | |
| WARDEN HANSON, THREE RIVERS, § | |
| § | |
| Respondent. § | |

## ORDER

Before the Court is the January 2, 2018, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 16, and Petitioner's January 16, 2018, objections to the M&R, Dkt. No. 17.

The Court reviews objected-to portions of a Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. § 636(b)(1). Plaintiff's objection is frivolous, conclusory, general, or contains no arguments that the M&R has not already considered. *See* Dkt. Nos. 16, 17; *Battle v. United States Parole Comm'n*, 834 F.2d 419 (5th Cir. 1987) (determining that a district court need not consider frivolous, conclusive, or general objections). After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 16, and **OVERRULES** Plaintiff's objection, Dkt. No. 17.

The Court hereby:
- **GRANTS** Respondent's motion to dismiss, Dkt. No. 13;
- **DENIES** Respondent's motion for summary judgment, Dkt. No. 13; and
- **DISMISSES WITHOUT PREJUDICE** this action.

The Court will direct entry of final judgment separately.

SIGNED this 5th day of June, 2018.

_____
Hilda Tagle
Senior United States District Judge